UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

YERAL OSMAR CORTORREAL SANTANA,

                Plaintiff,

     -against-

JEFFERSON SALTOS and FREDONIA EXPRESS CORP,

                Defendants.

25 Civ. 88 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

    The Court held a conference today, in which the parties notified the Court that their scheduled mediation was postponed to December 17, 2025. The Court, accordingly, reschedules the case management conference in this matter to December 19, 2025 at 3:00 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

    At the December 19, 2025 conference, the Court expects to set a trial date and deadlines for receipt of the parties' pretrial materials as required by the Court's Individual Rules 5(A)–(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine*. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.

    For avoidance of doubt, all other deadlines in this case—including the November 20, 2025 deadline for expert discovery—remain unchanged. *See* Dkt. 15.

SO ORDERED.

Dated: November 5, 2025
       New York, New York

                                                   PAUL A. ENGELMAYER
                                                   United States District Judge