UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YERAL OSMAR CORTORREAL SANTANA,

Plaintiff,

-v-

JEFFERSON SALTOS *and* FREDONIA EXPRESS CORP.,

Defendants.

25 Civ 88 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 9, 2025, the parties in the above-captioned case notified the Court that, following a successful mediation on December 4, 2025, the case had settled. Dkt. 17. The parties requested until January 2026 to finalize the settlement paperwork. *Id.* That same day, the Court so-ordered this notification. Dkt. 18.

On March 25, 2026, the parties filed a voluntary stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 19. On March 26, 2026, the Clerk of Court notified counsel that the voluntary dismissal was deficient. On April 2, 2026, the Court directed counsel to file a corrected stipulation on the docket of the case. Dkt. 20. On April 15, 2026, counsel re-filed a stipulation. Dkt. 21. On April 16, 2026, the Clerk of Court notified counsel that the voluntary dismissal was deficient. Counsel is directed to file a corrected stipulation, consistent with the corrective guidance from the Clerk of Court, on the docket of this case forthwith.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2026
      New York, New York

2